## John C. Boeker, Jr., Appellant, v. Elmer Boeker, Appellee.

Gen. No. 9,511.

opinion filed February 24, 1947; released for publication March 24, 1947. Thomas P. Reep and Putting & Putting, for appellant; Edward H. Golden and Jefferson Lewis, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.